# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1895

_____

Evelyn D. Shaulis

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 7, 2015
Filed: January 14, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Evelyn D. Shaulis appeals from the order of the District Court[1] affirming the denial of her applications for disability insurance benefits and supplemental security income. Following careful review, we find no reversible error based on the administrative law judge's assessment of Shaulis's credibility and her residual functional capacity, and we affirm for the reasons stated by the District Court. See 8th Cir. R. 47B.

————————————————————

[1]The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).